UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   JULE MCDONALD )
) CASE NO. 16-32584-DHW-13
      Debtor(s). )

OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed court Claim #5 in the amount of $3,523.98 and Court Claim #6 in the amount of $557.48 both of which are secured by one 2006 SUZUKI BOULEVARD C90.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $3,600.00 whereas the NADA retail value is $4,455.00.

3. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). The plan fails to make a secured provision for Court Claim #6 although there is more than enough equity in the collateral to fully secure said claim.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

GUARDIAN CREDIT UNION


By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was served on all attorneys of record as

set forth below by electronic notice and/or depositing a copy thereof in the United States mail

postage prepaid on this October 28, 2016.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

JULE MCDONALD
504 GLADE PARK LOOP
MONTGOMERY AL 36109

/s/ Leonard N. Math