## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re  
Jule McDonald,

    Debtor.

Case No. 16–32584  
Chapter 13

## ORDER

Order Rescheduling 341 Meeting of Creditors and Confirmation Hearing. The debtor(s) or attorney for the debtor(s)shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule. Entered On 11/28/2016. Section 341(a) Meeting of Creditors to be held on 1/12/2017 at 02:30PM at 341 Meeting of Creditors (Rm 105), FMJ Fed. Courthouse (Lee St. entrance), Montgomery, AL 36104. Confirmation hearing to be held on 2/13/2017 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Dated November 28, 2016

*Dwight A. Williams, Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge