UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 16–32584
                                                    Chapter 13

Jule McDonald,

    Debtor.

## ORDER

Order Rescheduling 341 Meeting of Creditors and Confirmation Hearing. The debtor(s) or attorney for the debtor(s)shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule. Entered On 11/28/2016. Section 341(a) Meeting of Creditors to be held on 1/12/2017 at 02:30PM at 341 Meeting of Creditors (Rm 105), FMJ Fed. Courthouse (Lee St. entrance), Montgomery, AL 36104. Confirmation hearing to be held on 2/13/2017 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Dated November 28, 2016

                                                                            Dwight H. Williams Jr.
                                                                            United States Bankruptcy Judge

United States Bankruptcy Court
Middle District of Alabama

In re:  
Jule McDonald  
       Debtor  

Case No. 16-32584-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2　　User: jmclain　　Page 1 of 1　　Date Rcvd: Nov 28, 2016  
　　　　　　　　　　Form ID: eorder　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.  
db　　　　　+Jule McDonald,　504 Glade Park Loop,　Montgomery, AL 36109-1812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:  
　　　　　Bankruptcy Administrator　　ba@almb.uscourts.gov  
　　　　　Joshua C. Milam　　on behalf of Debtor Jule McDonald jmilam@smclegal.com,  
　　　　　　scarter@smclegal.com;cthornton@smclegal.com  
　　　　　Leonard N. Math　　on behalf of Creditor　GUARDIAN CREDIT UNION noticesmd@chambless-math.com  
　　　　　Sabrina L. McKinney [Acting]　　trustees_office@ch13mdal.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4