# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>JULE MCDONALD<br>SSAN: XXX-XX-6040<br><br><br>Debtor(s) | Case No. 16-32584-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 16, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 27, 2016.

3. The debtor(s) overall pay record is 130%.

**(X)** The debtor's plan was amended after his initial meeting of creditors to reduce the percentage to be paid to unsecured creditors. The court reset the meeting of creditors to January 12, 2017. The debtor did not appear at the meeting of creditors.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 13, 2017.

                                                        Sabrina L. McKinney
                                                        Acting Chapter 13 Trustee

                                          By: /s/*Tina J. Hayes*
                                                        Tina J. Hayes
                                                        Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  January 13, 2017.

Copy to: DEBTOR(S)
         JOSHUA C MILAM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney